# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:19-CV-459-RJC-DCK

| | |
|---|---|
| **CHARJDE NICOLE HUNTER,** | )<br>) |
| **Plaintiff,** | )<br>) |
| v. | ) **ORDER**<br>) |
| **WALMART, INC.,** | )<br>) |
| **Defendant.** | )<br>)<br>) |

**THIS MATTER IS BEFORE THE COURT** on "Defendant's Motion To Stay Discovery" (Document No. 30) filed July 16, 2020. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and applicable authority, the undersigned will grant the motion.

The undersigned notes that "Court-enforceable discovery does not commence until issues have joined and a Scheduling Order has been entered." Local Rule 16.1(f).

**IT IS, THEREFORE, ORDERED** that "Defendant's Motion To Stay Discovery" (Document No. 30) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's "Request For Production Of Documents" (Document No. 22) is **DENIED**.

Signed: July 16, 2020

David C. Keesler
United States Magistrate Judge